UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTHONY COWART** | * | **CIVIL ACTION NO:** |
|   Plaintiff | * | |
| | * | |
| | * | |
|   VERSUS | * | |
| | * | **JUDGE:** |
| **OFFICER ISAIAH SHANNON,** | * | |
| **CITY OF NEW ORLEANS, NEW ORLEANS** | * | |
| **POLICE DEPARTMENT and** | * | |
| **SHAUN FERGUSON in his** | * | |
| official Capacity as the **SUPERINTENDANT** | * | **MAGISTRATE:** |
| of the **NEW ORLEANS POLICE DEPART** | * | |
| | * | |
| **Defendants** | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOW COMES complainant**, **ANTHONY COWART**, through undersigned counsel, who respectfully represents:

PRELIMINARY STATEMENT

1.

This action is brought pursuant to 42 U.S.C. § 1983 as an action to redress the violation of **ANTHONY COWART'S** civil rights secured pursuant to the Constitution of the United States, 42 U.S.C. § 1983 and the statutes and constituion of the state of Louisiana.

1

## JURISDICTION

**2.**

Jurisdiction is vested in this Court by 28 U.S.C. §1331 and 1343. Supplemental jurisdiction is asserted for all claims cognizable under the laws of the State of Louisiana.

## PARTIES

**3.**

### (PETITIONER)

**ANTHONY COWART** is an adult citizen of the State of Louisiana.

**4.**

### (DEFENDANTS)

**SHAUN FERGUSON** in his official capacity as the Superintendant of the New Orleans Police Department;

**ISAIAH SHANNON** (hereinafter sometimes referred to as "**OFFICER SHANNON**"), individually and as an offficer employed by the New Orleans Police Department and the city of New Orleans;

**CITY OF NEW ORLEANS,** who, upon information and belief, is a political subdivision organized under the laws of the state of Louisiana.

**5.**

At all times relevant hereto, the following acts were committed under color of state law and under the authority of Superintendent Shaun Ferguson of the New Orleans Police Department.

**FACTUAL ALLEGATIONS**

**6.**

On or about March 10, 2021 at approximately 9:34 a.m., **ANTHONY COWART** was a seated passenger in a white jaguar that was ilegally parked in the 4300 block of Werner Drive, New Orleans, La.

**7.**

At approximately the same time the white jaguar was illegally parked in the 4300 block of Werner Drive, **OFFICER ISAIAH SHANNON AND OFFICER MARKUS CALDWELL** were patroling the 4300 block of Werner Drive and observed the white jaguar. **OFFICERS ISAIAH SHANNON and MARKUS CALDWELL** decided to approach the vehicle and question the driver and **ANTHONY COWART**. **OFFICER MARKUS CALDWELL** approached the vehicle from the rear driver's side, while **OFFICER ISAIAH SHANNON** approached it from the rear passenger's side. **OFFICER ISAIAH SHANNON'S** weapon was drawn as he approached the vehicle. **OFFICER MARKUS CALDWELL'S** weapon was holstered. As **OFFICER ISAIAH SHANNON** approached the front passenger's door, a pedestrian observed him and yelled out "He got a gun." three times. **OFFICER ISAIAH SHANNON AND OFFICER MARKUS CALDWELL** continued in their approach towards

the front driver's side door and passegner's side door of the vehicle, where **OFFICER MARKUS CALDWELL** began to question the driver and **OFFICER ISAIAH SHANNON** began to question **ANTHONY COWART.** Within a few seconds of questioning, **OFFICER ISAIAH SHANNON** asked the driver and **ANTHONY COWART** to exit the vehicle.

9.

**ANTHONY COWART** exited the vehicle and immediately attempted to flee. **OFFICER ISAIAH SHANNON** attempted to prevent **ANTHONY COWART** from fleeing with his left hand while still holding his gun in his right hand. **OFFICER ISAIAH SHANNON** and **ANTHONY COWART** engaged in a brief scuffle as **ANTHONY COWART** attempted to break free from the grasp attempts of **OFFICER SHANNON**. At some point during the brief scuffle, as **ANTHONY COWART** briefly turned and attempted to run, **OFFICER ISAIAH SHANNON's** gun discharged and struck **ANTHONY COWART** in his leg, causing him to fall to the ground in pain.

10.

**OFFICER ISAIAH SHANNON'S** discharge of his weapon to prevent **ANTHONY COWART** from fleeing, at a time when **ANTHONY COWART** posed no threat to **OFFICER SHANNON** constitutes an excessive use of force and a deliberate indifference to **ANTHONY COWART'S** consitutional right to be free from unreasonable seizure, a violation of 42 U.S.C. § 1983 and Louisiana Revised Statutes, 14: 33, 14:34, 14:35, 14:36, 14:37, 14:38 and 14:39.

**11.**

At all times mentioned herein, **OFFICER ISAIAH SHANNON** was acting in the course and scope of his employment as an officer of the **NEW ORLEANS POLICE DEPARTMENT** As such, **OFFICER ISAIAH SHANNON,** the **CITY OF NEW ORLEANS,** the **NEW ORLEANS POLICE DEPARTMENT** and **SUPERINTENDANT SHAUN FERGUSON in his official capacity as the Superintendant of the NEW ORLEANS POLICE DEPARMENT** are liable for the damages and injuries suffered by **ANTHONY COWART** due to the actions of **OFFICER ISAIAH SHANNON**.

**12.**

All the illegal actions on the part of **OFFICER ISAIAH SHANNON** resulted in personal injuries to **ANTHONY COWART** and a violation of his civil rights.

**13.**

The defendants, the **NEW ORLEANS POLICE DEPARTMENT** and the **CITY OF NEW ORLEANS** are liable to the petitioner for damages as a result of their failure to properly train, supervise and discipline **OFFICER ISAIAH SHANNON**.

**14.**

The defendants, the **NEW ORLEANS POLICE DEPARTMENT**and the **CITY OF NEW ORLEANS** are liable to the petitioner for damages he suffered herein because  defendants allowed **OFFICER ISAIAH SHANNON** to patrol neighborhoods when defendants knew or should have known **OFFICER ISAIAH SHANNON's** policing practices failed to comply with departmental guidelines and regulations.

**WHEREFORE**, the petitioner **ANTHONY COWART**, prays for a trial by jury and that the defendants be duly cited and served copies of the above and foregoing, made to timely appear and answer, that the Court exercises its supplemental jurisdiction over the state claims, and after due proceedings, there be judgment in his favor and against defendants holding them jointly and severally liable to petitioner for all damages prayed for herein, together with judicial interest and attorney's fees.

                                                **RESPECTFULLY SUBMITTED:**
                                                  /s/ Hollis Shepherd
                                              Hollis Shepherd (LBN: 25501)
                                              David Capasso   (LBN:  24990)
                                              2221 Saint Claude Avenue
                                              New Orleans, LA 70119
                                              Phone: 504-975-1210
                                              Fax:  504-648-1417