AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*
was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*
on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tyrianne Varnado , who is designated by law to accept service of process on behalf of *(name of organization)* New Orleans Police Department on *(date)* 07-22-26 ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*:

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 7-26-22

*Server's signature*

Toni Wise
*Printed name and title*

2163 S. Veterans
*Server's address*

Additional information regarding attempted service, etc:

EXHIBIT NO. 2-2