| | | |
|---|---|---|
| ANTHONY COWART | * | CIVIL ACTION NO: 22-00631 |
| Plaintiff | * | |
| | * | |
| | * | |
| VERSUS | * | |
| | * | JUDGE: ZAINEY |
| OFFICER ISAIAH SHANNON, | * | |
| CITY OF NEW ORLEANS, NEW ORLEANS | * | |
| POLICE DEPARTMENT and | * | |
| SHAUN FERGUSON in his | * | |
| official Capacity as the SUPERINTENDANT | * | MAGISTRATE: "1" |
| of the NEW ORLEANS POLICE DEPART | * | JANIS VAN MEERVELD |
| | * | |
| Defendants | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MEMORANDUM

Rule 4(m) provides:

"If a defendant is not timely served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." FED. R. CIV. P. 4(m). In considering a motion to extend time for service, the Court must first determine whether good cause exists. Thompson v. Brown, 91 F.3d 20, 21 (5th Cir. 1996). If good cause exists, the Court "must extend time for service." Id. Good cause requires "'at least as much as would be required to show excusable neglect, as to which simple inadvertence or mistake of counsel or ignorance of the rules usually do not suffice.'" Lindsey v. U.S. R.R. Ret. Bd., 101 F.3d 444, 446 (5th Cir. 1996).

In the case at hand, the remaining defendant to be served is a private individual whose does not have a designated agent for service of process as is typical in cases where there is an agent who can accept service. When service was initially mailed to the defendants, Mr. Shannon was no longer employed with the defendant. A search for the remaining oustanding defendant revealed several addresses associated with his name. It is beleived the most recently obtained address, not necessarily within the city limits of New orleans, is a good address where service can be successful, assuming information is correct. Therefore, counsel requests additional time approximately seven days to complete service, assuming the information pertaining to the remaining defendant is correct.

**RESPECTFULLY SUBMITTED:**

___/s/ Hollis Shepherd_____
Hollis Shepherd (LBN: 25501)
David Capasso   (LBN:  24990)
2221 Saint Claude Avenue
New Orleans, LA 70119
Phone: 504-975-1210
Fax:  504-648-1417