UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANTHONY COWART                                          CIVIL ACTION

VERSUS                                                  NO: 22-631

ISAIAH SHANNON ET AL.                                   SECTION: "A"(1)


**O R D E R**

Considering the interlocutory appeal currently pending before the Fifth Circuit Court of

Appeals,

Accordingly;

**IT IS ORDERED** that the Clerk of Court mark this action **CLOSED** for statistical

purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and the case shall

be restored to the trial docket upon motion of a party if circumstances change, so that it may

proceed to final disposition. This order shall not prejudice the rights of the parties to this

litigation.

December 15, 2023

_____
UNITED STATES DISTRICT JUDGE