# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ANTHONY COWART** | * | **CIVIL ACTION** |
| | * | |
| versus | * | NO. 22-631 |
| | * | |
| **OFFICER ISAIAH SHANNON, *ET AL.*** | * | SECTION "A" |
| | * | JUDGE ZAINEY |
| | * | |
| | * | MAGISTRATE DIVISION "1" |
| | * | MAGISTRATE JUDGE VAN |
| | * | MEERVELD |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SUGGESTION OF DEATH OF COMPLAINANT ANTHONY COWART

Counsel for Defendant hereby gives notice of the death of Complainant, Anthony Cowart, on March 24, 2023.

Respectfully submitted:

/s/ C. Theodore Alpaugh, III
**C. THEODORE ALPAUGH, III, T.A. (#02430)**
**CLAUDE A. SCHLESINGER (#15042)**
GUSTE, BARNETT, SCHLESINGER & ALPAUGH, L.L.P.
639 Loyola Avenue, Suite 2130
New Orleans, Louisiana 70113-3157
Telephone:   (504) 529-4141
Facsimile:    (504) 561-0326
Email:          cta@gustebarnett.com

**Attorneys for Defendant,**
**ISAIAH SHANNON**