UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANTHONY COWART | CIVIL ACTION |
| VERSUS | NO: 22-631 |
| ISAIAH SHANNON ET AL. | SECTION: "A" (1) |

# ORDER

On November 22, 2023, the Fifth Circuit Court of Appeals remanded this matter to this Court to determine whether it should be dismissed after a suggestion of death of Plaintiff Anthony Cowart was filed (Rec. Doc. 36). On January 4, 2024, this Court ordered the parties to show cause as to whether this matter should be dismissed in light of Cowart's death (Rec. Doc. 33). On January 9, 2024, Defendant Isaiah Shannon filed a suggestion of death as to Anthony Cowart into the District Court record (Rec. Doc. 34), and subsequently filed a notice of compliance with the Order to Show Cause (Rec. Doc. 35). Shannon's notice of compliance explained that under Federal Rule of Civil Procedure 25, a party has ninety days following service of a statement of death to substitute a proper party.

Subsequently, on February 15, 2024, this Court ordered that the Plaintiff substitute a proper party no later than April 8, 2024 (Rec. Doc. 37). Seeing that this deadline has passed and a proper plaintiff has not been substituted in place of Anthony Cowart,

Accordingly;

**IT IS ORDERED** that this matter is **DISMISSED AS MOOT**.

April 16, 2024

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE