# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 21, 2024
Lyle W. Cayce
Clerk

No. 23-30572

Anthony Cowart,

*Plaintiff—Appellee,*

versus

Isaiah Shannon, *Officer*,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:22-CV-631

_____

### UNPUBLISHED ORDER

Before Elrod, Southwick, and Haynes, *Circuit Judges*.

Per Curiam:

    Following the Suggestion of Death of Anthony Cowart, no proper party was substituted. The district court thus dismissed the case as moot. Accordingly,

    IT IS ORDERED that we AFFIRM the district court's dismissal and DISMISS the merits of the appeal.

Certified as a true copy and issued
as the mandate on Jun 12, 2024

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**